Printed: 08/24/09 11:42 AM    Page: 1

# Proposed Report of Distribution

### Case: 08-50613   MULLENAX, LARRY E.

Report Includes ONLY Claims with a Proposed Distribution

FILED 2009 AUG 25 PM 3:02
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| Case Balance: | $46.86 | Total Proposed Payment: | $46.86 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1 | CAPITAL RECOVERY ONE | Unsecured | 2,010.18 | 2,010.18 | 42.60 | 1,967.58 | 1.92 + | 44.94 |
| 2 | DISCOVER BANK/DFS SERVICES LLC | Unsecured | 3,038.84 | 3,038.84 | 64.40 | 2,974.44 | 2.89 + | 42.05 |
|  | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 4 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | Unsecured | 9,174.61 | 9,174.61 | 194.44 | 8,980.17 | 8.72 | 33.33 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured | 6,153.16 | 6,153.16 | 130.41 | 6,022.75 | 5.85 | 27.48 |
| 7 | CHASE BANK USA | Unsecured | 483.63 | 483.63 | 10.25 | 473.38 | 0.46 | 27.02 |
| 8 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS | Unsecured | 5,345.53 | 5,345.53 | 113.29 | 5,232.24 | 5.08 + | 21.94 |
| 9 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | Unsecured | 1,601.75 | 1,601.75 | 33.95 | 1,567.80 | 1.52 | 20.42 |
|  | Claim Memo: REVIEWED CLAIM. TRANSFERRED FROM SEARS. | | | | | | + | |
| 10 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | Unsecured | 532.16 | 532.16 | 11.28 | 520.88 | 0.50 | 19.92 |
|  | Claim Memo: REVIEWED CLAIM. TRANSFERRED FROM SEARS. | | | | | | + | |
| 11 | FIA CARD SERVICES, N.A. | Unsecured | 2,605.12 | 2,605.12 | 55.21 | 2,549.91 | 2.48 | 17.44 |
|  | Claim Memo: REVIEWED CLAIM. TRANSFERRED FROM AAA FINANCIAL SERVICES. | | | | | | | |
| 12 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | Unsecured | 18,347.85 | 18,347.85 | 388.86 | 17,958.99 | 17.44 | 0.00 |
|  | Claim Memo: REVIEWED CLAIM. TRANSFERRED. | | | | | | | |
| SUBTOTAL FOR UNSECURED | | | 49,292.83 | 49,292.83 | 1,044.69 | 48,248.14 | 46.86 | |
| | Total for Case 08-50613 : | | $49,292.83 | $49,292.83 | $1,044.69 | $48,248.14 | $46.86 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Unsecured Claims : | $49,292.83 | $49,292.83 | $1,044.69 | $46.86 | 2.214419% |

#9.77

ck # 119

receipt # 80859

08-50613-mss    Doc 37    FILED 08/25/09    ENTERED 08/25/09 15:26:50    Page 1 of 1